JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SAID SHAHMOHAMADIAN,

     Petitioner,

     v.

DAVID MARIN, et al.,

     Respondents.

Case No. 5:25-cv-03615-FWS-RAO

**JUDGMENT**

Pursuant to the Court's Order Dismissing Petition for Writ of Habeas Corpus,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

**IT IS SO ORDERED**.

Dated:  February 23, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE